No. 04–1324. DAY v. CROSBY, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS. C. A. 11th Cir. [Certiorari granted, 545 U. S. 1164.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1506. ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. v. AHLBORN. C. A. 8th Cir. [Certiorari granted, 545 U. S. 1165.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1527. S. D. WARREN CO. v. MAINE BOARD OF ENVIRON-MENTAL PROTECTION ET AL. Sup. Jud. Ct. Me. [Certiorari granted, *ante*, p. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1528. RANDALL ET AL. v. SORRELL ET AL.;
No. 04–1530. VERMONT REPUBLICAN STATE COMMITTEE ET AL. v. SORRELL ET AL.; and
No. 04–1697. SORRELL ET AL. v. RANDALL ET AL. C. A. 2d Cir. [Certiorari granted, 545 U. S. 1165.] Motions of petitioners Neil Randall et al. and Vermont Republican State Committee et al. for divided argument denied. Motion of respondents William H. Sorrell et al. for divided argument granted and for additional time for oral argument denied.

No. 04–1544. MARSHALL v. MARSHALL. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1165.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1618. NORTHERN INSURANCE COMPANY OF NEW YORK v. CHATHAM COUNTY, GEORGIA. C. A. 11th Cir. [Certiorari granted, *ante*, pp. 933 and 959.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–9728. SAMSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 545 U. S. 1165.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.